RICHARD A. AITKIN, Respondent, v. NELLIE L. AITKIN, as Administratrix with the Will Annexed of J. SCOTT AITKIN, Deceased, Appellant.

*Aitken* v. *Aitken*, 4 App. Div. 414, affirmed.
(Argued October 25, 1897; decided November 23, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered April 30, 1896, upon an order made April 27, 1896, which modified, and as modified affirmed, a judgment in favor of plaintiff entered upon the report of a referee.

*Bernard J. Tinney* for appellant.

*A. V. S. Cochrane* for respondent.

Order and judgment affirmed, with costs, on opinion below. All concur.

---

ADDISON L. UPHAM, as Administrator of CYNTHIA PHELPS, Deceased, Respondent, v. JEFFERSON COUNTY SAVINGS BANK, Appellant.

*Upham* v. *Jefferson Co. Savings Bank*, 9 App. Div. 632, affirmed.
(Argued October 25, 1897; decided November 23, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 2, 1896, upon an order made October 16, 1896, which affirmed a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Samuel Child* for appellant.

*H. L. Hooker* for respondent.

Order and judgment affirmed, with costs; no opinion. All concur.